NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIDAS GREEN TECHNOLOGIES, LLC,**

*Plaintiff-Appellant*

**v.**

**GREEN REVOLUTION COOLING, INC.,**

*Defendant-Appellee*

---

2026-1813

---

Appeal from the United States District Court for the Western District of Texas in No. 6:24-cv-00166-CRW, Judge Christopher R. Wolfe.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

2    MIDAS GREEN TECHNOLOGIES, LLC V. GREEN REVOLUTION
COOLING, INC.

July 22, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 22, 2026